WILLIAM A. STEVENS, attorney-general, respondent,

*v.*

ASSOCIATED MORTGAGE COMPANY OF NEW JERSEY, appellant.

[Decided February 1st, 1932.]

*Mr. William A. Stevens,* attorney-general, and *Mr. Richard C. Plumer,* for the respondent.

*Mr. Herbert S. Killie* and *Mr. George M. Hillman,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Chancellor Walker, and reported in *107 N. J. Eq. 297.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, CAMPBELL, LLOYD, CASE, BODINE, DALY, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 14.

*For reversal*—None.